**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-7659**

---

JOHN E. ANDERSON, JR.,

Plaintiff - Appellant,

versus

OFFICER KRAFT, Police Officer, Hopewell Police
Department; DARNLEY HODGE, Superintendent;
T. V. WYCHE, Guard/Sergeant,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. James C. Cacheris, Senior District Judge. (CA-99-980-AM)

---

Submitted: April 13, 2000          Decided: April 20, 2000

---

Before WIDENER and WILKINS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

John E. Anderson, Jr., Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John E. Anderson, Jr., a Virginia inmate, appeals the district court's order dismissing the majority, but not all, of his claims under 28 U.S.C.A. § 1915A (West Supp. 1999) in his 28 U.S.C.A. § 1983 (West Supp. 1999) action. We dismiss Anderson's appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED